**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| PATRICIA HAMMERQUIST AND SUSAN PRESSLER, CO-EXECUTRICES OF THE ESTATE OF DOLORES R. SHIELDS, | : No. 99 EAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioners | : the Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| VIDYA S. BANKA, M.D., SAHIL S. BANKA, M.D., VIDYA S. BANKA, M.D. & ASSOCIATES, P.C., PENNSYLVANIA HOSPITAL PENN MEDICINE D/B/A PENNSYLVANIA HOSPITAL THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM AND THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | : |

**ORDER**


**PER CURIAM**

    **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.